## Joseph Blimline *vs.* David Cohen.

The 10th sec. of the 4th art. of the constitution giving to the Court of Common Pleas "jurisdiction in all cases where the *debt or damage* claimed shall be over $100, and shall not exceed $500," does not confer upon that court any original jurisdiction in actions of *replevin.*

APPEAL from the Court of Common Pleas for Baltimore city.

*Replevin* by the appellant, to recover certain goods, merchandise and chattels contained in a store in Baltimore city, which had been mortgaged by the appellant to the appellee, to secure the sum of $500. The damages claimed in the declaration were $500. The property as appraised in the schedule annexed to the return of the writ amounted to $538.05. Pleas, *non cepit* and property in defendant.

The verdict and judgment were in favor of the defendant upon an instruction granted by the court, (MARSHALL, J.,) that the plaintiff was not entitled to recover, if the jury believe that the goods actually taken and delivered to the plaintiff were then of the value of more than $500, to which ruling, as well as to the refusal to grant several prayers offered by him, the plaintiff excepted and appealed. The ground upon which this court based its decision renders it unnecessary to state the questions which were presented by the prayers or the arguments of counsel thereon.

The cause was argued before LE GRAND, C. J., ECCLESTON and MASON, J.; by *Wilson N. Carr* and *Wm. Pinkney Whyte* for the appellant, and *Geo. Wm. Brown* for the appellee.

LE GRAND, C. J., delivered the opinion of this court.

In the view we have of this case it is not necessary we should examine the various points raised and discussed by counsel. We are of the opinion that the Court of Common Pleas has not any original jurisdiction in actions of *replevin.* Its jurisdiction is limited and defined by the 10th section of the 4th article of the constitution. That section declares the Court of Common Pleas "shall have jurisdiction in all suits

where the *debt or damage* claimed shall be over one hundred dollars, and shall not exceed five hundred dollars.'' Language similar to this in the old acts of Assembly, giving jurisdiction to justices of the peace, was never considered as conferring on them jurisdiction in actions of *replevin,* and it was therefore found necessary to pass other acts conferring it in direct terms.

*Judgment affirmed.*